■ SAMUEL J. POZZANGHERA, Respondent-Appellant, v THEODORE ANDERSON Appellant-Respondent, et al., Defendant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Pozzanghera v Anderson* ([appeal No. 1], 136 AD2d 912 [decided herewith]). (Appeal from order of Supreme Court, Genesee County, Graney, J.—assault, false arrest.) Present—Dillon, P. J., Green, Balio and Lawton, JJ.